FILED
CLERK, U.S. DISTRICT COURT

8/8/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>ALEXUS NETTERVILLE,<br><br>             Defendant. | CR 2:25-cr-00652-JFW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about May 8, 2025, in Los Angeles County, within the Central District of California, defendant ALEXUS NETTERVILLE knowingly possessed a firearm, namely, a Walther, model PPK, .380 ACP caliber pistol, bearing serial number A039967, and ammunition, namely, six rounds of Fiocchi .380 ACP caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant NETTERVILLE possessed such firearm and ammunition knowing that she had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment

exceeding one year:

1.    Assault with a Deadly Weapon on a Peace Officer, in violation of California Penal Code Section 245(c), in the Superior Court of the State of California, County of Los Angeles, Case Number TA136454, on or about March 4, 2015;

2.    Evading a Police Officer, in violation of California Vehicle Code Section 2800.2, in the Superior Court of the State of California, County of Los Angeles, Case Number YA092276, on or about October 5, 2015; and

3.    Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, in Case Number BA446397, on or about June 14, 2017.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

a.    All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//

//

3

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        /S/
                                        Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Christina Shay*

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized Crime
Section

CHELSEA NORELL
Assistant United States Attorney
Deputy Chief, Violent and Organized
Crime Section

MIRELLE RAZA
Assistant United States Attorney
General Crimes Section

4